# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY L. BELLER and<br>MARY K. BELLER, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>COLOPLAST A/S,<br>COLOPLAST CORPORATION, and<br>COLOPLAST MANUFACTURING, US LLC,<br><br>    Defendants. | 8:16CV09<br><br>**ORDER** |

This matter is before the Court following a telephone conference requested by Defendants to discuss deposition scheduling issues. The Court received letters from both parties by email in advance of the hearing and heard arguments from counsel during the telephone conference. In accordance with the Court's rulings and instructions made during the telephone conference,

  **IT IS ORDERED:**

1. The deposition deadline is extended to August 31, 2018.
2. The Court will not strike the rebuttal reports of Dr. Kelli R. Herstein or Dr. David Goldsmith.
3. Dr. Alsikafi's deposition shall take place as scheduled on August 21, 2018.
4. Dr. Comiter's deposition shall take place on August 24, 2018.
5. Defendants shall be permitted to depose Dr. Goldsmith prior to the new deposition deadline regarding any new information and opinions disclosed in his rebuttal expert report, the deposition expected to take no longer than 2-hours unless otherwise extended by objections or questioning by Plaintiffs' counsel.
6. The parties shall mutually agree upon a date to schedule Dr. Herstein's deposition prior to the new deposition deadline.

7. Once all depositions in this matter are scheduled, the parties shall notify the undersigned magistrate judge by email.

Dated this 13th day of August, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge